IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLYNN ALAN REGISTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:17-CV-199-WKW |
| ) | |
| MARY ELIZABETH WOMBLE, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On July 20, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 41.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 41) is ADOPTED;

2. Defendants' pending motions to dismiss (Docs. # 20, 27, 28) are GRANTED; and

3. This case is DISMISSED with prejudice due to the court's lack of subject-matter jurisdiction.

A final judgment will be entered separately.

DONE this 10th day of August, 2017.

                                   /s/ W. Keith Watkins
                             CHIEF UNITED STATES DISTRICT JUDGE